# UNITED STATES COURT OF APPEALS

## FOR THE FIFTH CIRCUIT

No. 99-60637

JOHNNY THOMPSON,

Plaintiff-Appellant,

versus

LITTON SYSTEMS, INC.; ET AL.,

Defendants.

INGALLS SHIPBUILDING, INC.,

Defendant-Appellee.

Appeal from the United States District Court
for the Southern District of Mississippi
1:98-CV-39-BrR

May 5, 2000

Before POLITZ, SMITH, and DENNIS, Circuit Judges.

PER CURIAM:[*]

Johnny Thompson appeals an adverse summary judgment in his action against Ingalls Shipbuilding, Inc. Having considered the record, briefs, and oral arguments of counsel, and perceiving no reversible error, the judgment appealed is AFFIRMED.

---

[*]Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.